## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHAZ EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14 CV 495 |
| | ) | |
| v. | ) | |
| | ) | Judge Kennelly |
| SCREENING REPORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Plaintiff Chaz Epps ("Plaintiff"), by and through his attorneys, The Consumer Advocacy Center, P.C. and Law Office of Abel L. Pierre, PC, and Defendant Screening Reports, Inc. ("Defendant") by its attorneys, Messer, Stilp & Strickler, Ltd., hereby stipulate to the dismissal of Plaintiff's complaint without prejudice, without costs or attorneys' fees to any party except as stated in the parties' settlement agreement. The dismissal without prejudice of Plaintiff's claims shall convert to a dismissal with prejudice on December 9, 2014 if all payments and conduct called for under the settlement agreement have been made and with no further action.


By: /s/ Lance A. Raphael
One of the attorneys for
CHAZ EPPS

Dated: August 13, 2014

Lance A. Raphael
Stacy Bardo
Allison Krumhorn
Consumer Advocacy Center, P.C.
180 W. Washington, Suite 700
Chicago, Illinois 60602

Abel Luc Pierre
Law Office of Abel L. Pierre, PC
40 Exchange Place, Suite 2010
New York, New York 10005

By: /s/Katherine M. Saldanha Olson
One of the attorneys for
SCREENING REPORTS, INC.

Dated: August 13, 2014

Katherine M. Saldanha Olson
Joseph S. Messer
Messer, Stilp & Strickler, Ltd.
166 W. Washington, Suite 300
Chicago, Illinois 60602

-1-