## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Chaz Epps
                      Plaintiff,

v.                                        Case No.: 1:14−cv−00495
                                                          Honorable Matthew F. Kennelly

Screening Reports, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the parties' stipulation, the case is dismissed without prejudice and without costs. The dismissal will convert to a dismissal with prejudice on 12/9/2014 without further order of court unless a motion is filed prior to that date seeking to reinstate the case due to noncompliance with the parties' settlement agreement. The status hearing set for 8/14/2014 is vacated. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.